# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**HIBC 801 LLC, an Ohio Limited Liability Company,**

                **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　**Case No.  6:01-cv-594-Orl-31KRS**

**EPIC RESORTS, LLC, a Pennsylvania limited liability company,**

                **Defendant.**

_____

## ORDER

Plaintiff, HIBC 801 LLC (HIBC) has moved for summary judgment on its claim against Defendant for unpaid rent (Doc. 57).  Plaintiff's damages claim is supported by affidavits of Scott West, William Gray and Lawrence Burrell.  Counsel for the trustee in Defendant's bankruptcy proceeding filed a letter response (Doc. 62) indicating that Epic would not oppose the Motion.  Accordingly, it is

**ORDERED** that Plaintiff's Motion for Summary Judgment is GRANTED.  The Clerk is directed to enter summary judgment for Plaintiff and against Defendant in the total amount of $778,515.39 and close this file.  This case is removed from the November 2006 trial docket.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on July 18, 2006.

Copies furnished to:

Counsel of Record
Unrepresented Party

                                                GREGORY A. PRESNELL
                                      UNITED STATES DISTRICT JUDGE